IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2022 MAY 13 P 3: 29
CLERK OF COURT

| | |
|---|---|
| MARK RICE, a Wisconsin resident, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 21-C-1174 |
| | ) |
| | ) JURY TRIAL DEMANDED |
| POLI-TECH SOLUTIONS, LLC a Florida Limited Liability Corporation, (Internet domain name owner); and **www.ivote.com**, (Internet domain name) | ) |
| Defendants, | ) |

## AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff Mark Rice requests that entry of judgment by default be entered against defendants Poli-Tech Solutions, LLC to Federal Rule of Civil Procedure 55(b). In support of this request plaintiff Mark Rice relies upon the record in this

1

case and the affidavit submitted herein.

Dated this 12th day of May, 2022.


/Mark Rice/

Mark Rice – Plaintiff
2219 Sheridan Road - #116
Kenosha, WI. 53140
chiefofstaffiprez@gmail.com
770-844-5678