IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2022 MAY 13 P 3:29
CLERK OF COURT

**MARK RICE,** a Wisconsin resident, )
)
)
)
      **Plaintiff,** )
)   **CIVIL ACTION**
)
**v.** )   **FILE NO. 21-C-1174**
)
)
)
)   **JURY TRIAL**
)   **DEMANDED**
**POLI-TECH SOLUTIONS, LLC** )
a Florida Limited Liability Corporation, )
(Internet domain name owner); )
and **www.ivote.com**, (Internet domain )
 name) )
)
)
)
)
)
      **Defendants,** )

## AFFIDAVIT IN SUPPORT OF AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT

1. I, Mark Rice, am over the age of 21 years of age. I make this affidavit under no duress and am competent to testify to the facts as listed thus below. I am the Plaintiff in this matter, Case# 21-C-1174.

2. I am the plaintiff in the above titled action, and I am familiar with the file, records and pleadings in this matter.

3. I searched all information on the Godaddy WHOIS Database for the "Registrar" and any contact information where the domain iVote is registered at Godaddy. Said information is hidden and only reflects Godaddy.com LLC under Registrar. The same information states under Registrant Email to "Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=ivote.com. The WHOIS search results also gives the identical information https://www.godaddy.com/whois/results.aspx?domain=ivote.com for reaching technical contact for the domain iVote. The identical information is also listed for Admin contact for the domain iVote, https://www.godaddy.com/whois/results.aspx?domain=ivote.com (Exhibit 1 as attached herewith).

4. I searched all information on the nationwide WHOIS Database (www.whois.com) for the "Registrar" and any contact information where the domain iVote is registered at Godaddy. Said information is

2

hidden and only reflects Godaddy.com LLC under Registrar. The same information states under Registrant Email to "Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=ivote.com. The WHOIS search results also gives the identical information https://www.godaddy.com/whois/results.aspx?domain=ivote.com for reaching technical contact for the domain iVote. The identical information is also listed for Admin contact for the domain iVote, https://www.godaddy.com/whois/results.aspx?domain=ivote.com (Exhibit 2 as attached herewith).

5. On May 2, 2022, I submitted a "Domain Holder Contact Request Form" on the Godaddy Whois link for the domain iVote to the "Registrant" and gave the reason for contact as "Domain name or content is infringing on a trademark or violating local laws or regulations". (Exhibit 3 as attached herewith). I never received any response back from the "Registrant" of the domain iVote.

6. On May 2, 2022, I submitted a "Domain Holder Contact Request Form" on the Godaddy Whois link for the domain iVote to the "Technical" and gave the reason for contact as "Domain name or content is infringing on a trademark or violating local laws or regulations". (Exhibit 4 as

attached herewith). I never received any response back from the "Technical" of the domain iVote.

7. On May 2, 2022, I submitted a "Domain Holder Contact Request Form" on the Godaddy Whois link for the domain iVote to the "Admin" and gave the reason for contact as "Domain name or content is infringing on a trademark or violating local laws or regulations". (Exhibit 5 as attached herewith). I never received any response back from the "Admin" of the domain iVote.

8. On February 4, 2022, I mailed via US Priority Mail the "Amended Motion for Entry of Default Judgment, Affidavit in Support of Amended Motion for Entry of Default Judgment, Amended Proposed Default Judgement and Amended Brief in Support Plaintiff's Amended Motion for Entry of Default Judgment". (Exhibit 6 as attached herewith).

9. The US Priority Mail envelope with the "Amended Motion for Entry of Default Judgment, Affidavit in Support of Amended Motion for Entry of Default Judgment, Amended Proposed Default Judgement and Amended Brief in Support Plaintiff's Amended Motion for Entry of Default Judgment" was returned with the Black Marker stating, "Not At This Address". (Exhibit 7 as attached herewith).

10. I paid $8.95 usps.com online to ship the Priority Envelope to the address: Charles Kirkpatrick, Poli-Tech Solutions LLC, 118 Lake Emerald Dr, Apt 401, Oakland Park, Fl. 33309-6277 (Exhibit 8 as attached herewith).

11. The domain www.ivote.com was registered without my consent.

12. Poli-Tech claiming ownership of the www.ivote.com Domain Name has no prior use of iVote in connection with the bona fide offering of any goods or services.

13. Poli-Tech claiming ownership of the www.ivote.com Domain Name has made no bona fide non-commercial or fair use of ivote in a site accessible under the domain name.

14. Poli-Tech claiming ownership of the www.ivote.com Domain Name did not have reasonable grounds to believe that the use of ivote was a fair use or otherwise lawful.

15. The filing fee to the Court was $402 and the Service of Process was $60.

Mark Rice
2219 Sheridan Road #116
Kenosha, WI. 53140
770-844-5678
chiefofstaffiprez@gmail.com

5

STATE OF WISCONSIN

COUNTY OF KENOSHA

RICK M BENTRUP JR
NOTARY PUBLIC
STATE OF WISCONSIN

Signed and sworn to before me this
12th day of May, 2022.

_____
Notary Public